AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

United States District Court
District of Connecticut
FILED AT NEW HAVEN
October 14, 20 26
By S. Santos
Deputy Clerk

United States of America
v.
SCOTT DYER
(YOB 1990)

*Defendant(s)*

Case No. 3:26-mj-1160 (MEG)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ______ in the county of New Haven in the ______ District of Connecticut, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 875(c) | Interstate Threats |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

BENJAMIN FARRELL — Digitally signed by BENJAMIN FARRELL Date: 2026.10.14 09:21:08 -04'00'

*Complainant's signature*

Special Agent Benjamin X. Farrell, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/14/2026

Maria E. Garcia — Digitally signed by Maria E. Garcia Date: 2026.10.14 09:54:44 -04'00'

*Judge's signature*

City and state: New Haven, CT

Hon. Maria E. Garcia, U.S. Magistrate Judge

*Printed name and title*